**FILED**
**NOVEMBER 20, 2007**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

**07 C 6561**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

JUDITH MAHER
v.
GUIDANT CORPORATION and GUIDANT SALES CORPORATION

Case Number:

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
GUIDANT CORPORATION and GUIDANT SALES CORPORATION

**JUDGE NORDBERG**
**MAGISTRATE JUDGE SCHENKIER**

| NAME (Type or print) |
| --- |
| John A. Roberts |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ John A. Roberts |
| FIRM |
| Wildman, Harrold, Allen & Dixon LLP |
| STREET ADDRESS |
| 225 West Wacker Drive |
| CITY/STATE/ZIP |
| Chicago, IL 60606-1229 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6220432 | (312) 201-2121 |

| | YES | NO |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐