**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

FILED
NOVEMBER 20, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

07 C 6561

In the Matter of                                   Case Number:

JUDITH MAHER
v.
GUIDANT CORPORATION and GUIDANT SALES CORPORATION

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

GUIDANT CORPORATION and GUIDANT SALES CORPORATION

JUDGE NORDBERG
MAGISTRATE JUDGE SCHENKIER

| | |
|---|---|
| NAME (Type or print) <br> Jennifer L. Baugh | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Jennifer L. Baugh | |
| FIRM <br> Wildman, Harrold, Allen & Dixon LLP | |
| STREET ADDRESS <br> 225 West Wacker Drive | |
| CITY/STATE/ZIP <br> Chicago, IL 60606-1229 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6282487 | TELEPHONE NUMBER <br> (312) 201-2406 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ | |