DAJ

FILED
NOVEMBER 20, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

07 C 6561

JUDGE NORDBERG
MAGISTRATE JUDGE SCHENKIER

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JUDITH MAHER,<br><br>                Plaintiff,<br><br>v.<br><br>GUIDANT CORPORATION and GUIDANT SALES CORPORATION,<br><br>                Defendants. | Case No. _____ |

## DEFENDANTS' RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendants Guidant Corporation and Guidant Sales Corporation state the following:

Guidant Sales Corporation, an Indiana corporation, is a wholly-owned subsidiary of Cardiac Pacemakers, Inc., a Minnesota corporation, which in turn is a wholly-owned subsidiary of Guidant Corporation, an Indiana corporation, which in turn is a wholly-owned subsidiary of Boston Scientific Corporation, a Delaware Corporation. The stock of Guidant Sales Corporation, the stock of Cardiac Pacemakers, Inc., and the stock of Guidant Corporation are not publicly traded. The stock of Boston Scientific Corporation is publicly traded. Based on currently available information, no publicly-held company or investment fund holds a 10% or greater ownership interest in Boston Scientific Corporation.

Dated: Chicago, Illinois
November 20, 2007

                By: /s/ John A. Roberts
                     John A. Roberts
                     Wildman, Harrold, Allen & Dixon LLP
                     225 West Wacker Drive
                     Chicago, IL 60606
                     (312) 201-2000 (Telephone)
                     (312) 201-2555 (Facsimile)

                     Attorney for Defendants Guidant Corporation
                     and Guidant Sales Corporation

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing *Rule 7.1 Statement* on Scott A. Kogen, 134 North LaSalle Street, Suite 1515, Chicago, Illinois 60602, Attorney for Plaintiff, via Ordinary U.S. Mail, from 225 West Wacker Drive, Chicago, IL 60606, this 20th day of November, 2007.

/s/ John A. Roberts
Attorney for Defendants Guidant Corporation and
Guidant Sales Corporation

John A. Roberts (#6220432)
Jennifer L. Baugh (#6282487)
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive - Suite 3000
Chicago, IL 60606-1229
(312) 201-2000