IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JUDITH MAHER,<br><br>Plaintiff,<br><br>v.<br><br>GUIDANT CORPORATION and GUIDANT SALES CORPORATION,<br><br>Defendants. | Case No. 07 C 6561<br><br>Honorable Judge John Nordberg<br>Magistrate Judge Sidney Schenkier |

## NOTICE OF MOTION

TO:   Scott A. Kogen
      134 North LaSalle Street, Suite 1515
      Chicago, Illinois 60602

**PLEASE TAKE NOTICE** that on the **5th** day of **December 2007**, at the hour of **2:30 p.m.** the undersigned shall appear before The Honorable Judge John Nordberg, in Room 1886 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, IL 60604, and then and there present **Defendants' Motion to Stay All Proceedings in This Court Pending Transfer to MDL 1708**, a copy of said motion is attached hereto.

Respectfully submitted,

/s/ John A. Roberts
Attorney For Defendants Guidant Corporation and
Guidant Sales Corporation

John A. Roberts (6220432)
Jennifer L. Baugh (6282487)
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive, Suite 3000
Chicago, IL  60606-1229
(312) 201-2000

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2007, I electronically filed the foregoing *Notice of Motion for Defendants' Motion to Stay All Proceedings in This Court Pending Transfer to MDL 1708* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Scott A. Kogen
134 North LaSalle Street, Suite 1515
Chicago, Illinois 60602
Attorney for Plaintiff Judith Maher

A copy was also personally served on the aforementioned person by messenger on November 30, 2007.

/s/ John A. Roberts
Attorney for Defendants Guidant Corporation and
Guidant Sales Corporation

John A. Roberts (#6220432)
Jennifer L. Baugh (#6282487)
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive - Suite 3000
Chicago, IL  60606-1229
(312) 201-2000