IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| JUDITH MAHER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.   07 C 6561 |
| ) | |
| GUIDANT CORPORATION, and ) | |
| GUIDANT SALES CORPORATION, ) | |
| ) | |
| Defendants. ) | |

FILED
DEC 03 2007
12-3-2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## MOTION FOR REMAND TO CIRCUIT COURT OF COOK COUNTY

NOW COMES Plaintiff, JUDITH MAHER, by and through her attorneys, LAW OFFICES OF SCOTT A. KOGEN & ASSOCIATES, P.C., and moves this Honorable Court to enter an Order remanding this matter to the Circuit Court of Cook County, County Department, Law Division and in support thereof states as follows:

1. This matter involves a cause of action which was filed in the Circuit Court of Cook County, 07 L 7363, against GUIDANT CORPORATION and GUIDANT SALES CORPORATION for Negligence, Strict Liability and Breach of Warranty.

2. Defendants filed a Notice of Removal on November 20, 2007, asserting that this Court has jurisdiction under the provisions of Title, 28, United States Code, Section 1332.

3. Defendant states that Guidant has its principal place of business in Indianapolis, Indiana. However jurisdiction in this court is not appropriate as the amount in controversy does not meet the jurisdictional limit. This matter was filed in the Circuit Court of Cook County seeking an ad damnum in excess of $50,000.00, however, Plaintiff

is not seeking an amount in excess of $75,000.00 which is required for removal. 28 U.S.C § 1332(a).

    WHEREFORE, Plaintiff, JUDITH MAHER, respectfully requests that this Honorable Court enter an Order remanding this matter to the Circuit Court of Cook County.

                                                 Scott A. Kogen, P.C.

Law Offices of Scott A. Kogen & Associates, P.C.
134 N. LaSalle, Suite 1515
Chicago, IL 60602
312-782-7341
32193