IN THE ~~CIRCUIT COURT OF COOK COUNTY~~, ILLINOIS
United States District Court
COUNTY DEPARTMENT, LAW DIVISION

**FILED**
DEC 03 2007 NF
12-3-2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| JUDITH MAHER, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No. 07 L 6561 |
| | ) Judge Nordberg |
| GUIDANT CORPORATION, and | ) |
| GUIDANT SALES CORPORATION, | ) |
| | ) |
| Defendant, | ) |

### NOTICE OF MOTION

TO:  John A. Roberts & Jennifer L. Baugh @Wildman, Harrold, Allen & Dixon LLP
     225 W. Wacker Dr. Chicago, IL 60606

On December 5, 2007 at 2:30 p.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Presiding in his/her stead, in the courtroom usually occupied by him/her in room 1xl at the United States District Court, Chicago, IL and then and there present the attached **Motion For Remand To Circuit Court Of Cook County**, a copy of which is hereby served upon you.

| | |
|---|---|
| Name: Scott A. Kogen | Attorney for: Plaintiff |
| Address: 134 N. LaSalle – Suite 1515 | City/Zip:  Chicago, IL 60602 |
| Phone: (312) 782-7341 | Attorney No.: 32193 |

### PROOF OF SERVICE BY MAIL

I, Scott A. Kogen, an attorney, certify that I have served the attached Notice and Motion upon the party (ies) listed above by mailing a copy thereof to each person to whom it is directed at above indicated address (es) by depositing same in the United States Mail with proper postage prepaid at 134 N. LaSalle, Chicago, Illinois on or before 5:00 p.m. this 3rd day of December 2007.

_____
Attorney for Plaintiff

Scott A. Kogen & Associates, P.C.
134 N. LaSalle Street, Suite 1515
Chicago, Illinois 60602
(312)782-7341
Attn: No. 32193