**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Judith Maher
                                  Plaintiff,

v.                                                        Case No.: 1:07−cv−06561
                                                           Honorable John A. Nordberg

Guidant Corporation, et al.
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, December 5, 2007:

       MINUTE entry before Judge John A. Nordberg :Motion to remand[10] is entered and continued to 1/16/2008 at 02:30 PM.Stay is extended to 1/16/2008. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.