CH

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                             Case Number:
Maher v. Guidant Corporation, et al                          07 C 6561

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Judith Maher (Plaintiff)

KC **FILED**
DEC 0 5 2007       DEC 0 5 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) <br> Lauren Dubler | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Lauren Dubler | |
| FIRM <br> Law Offices of Scott A. Kogen & Associates, P.C. | |
| STREET ADDRESS <br> 134 North LaSalle Street, Suite 1515 | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6210485 | TELEPHONE NUMBER <br> (312) 782-7341 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐    NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |