UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
Eastern Division

Judith Maher
                                 Plaintiff,

v.                                      Case No.: 1:07−cv−06561
                                         Honorable John A. Nordberg

Guidant Corporation, et al.
                                 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, January 16, 2008:

       MINUTE entry before Judge John A. Nordberg :The minute order of today, Document #15, is amended to reflect motion remand [10] is entered and continued to 3/5/2008. Hearing date of 2/20/2008 is stricken.Status hearing set for 3/5/2008 at 2:30 PM.Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.