# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Judith Maher

                       Plaintiff,

v.                                 Case No.: 1:07–cv–06561

                                 Honorable John A. Nordberg

Guidant Corporation, et al.

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 5, 2008:

      MINUTE entry before Judge John A. Nordberg :Motion to remand [10] is entered and continued. Motion to stay case is entered and continued. Status hearing held on 3/5/2008. Status hearing set for 4/30/2008 at 2:30 PM.Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.