**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Rich Sletten
    Unitd States Courthouse, Suite 202
    300 South Fourth Street
    Minneapolis, MN 55415

    07cv6561

2. Article Number
   (Transfer from service label)    7006 0100 0001 7312 7285

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-15

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☒ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  7/1/08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:       ☒ No

FILED JUL 17 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

    United States District Court
    Northern District of Illinois
    219 South Dearborn Street
    Chicago, IL 60604

    RECEIVED JUL 17 2008
    MICHAEL W. DOBBINS
    CLERK, U.S. DISTRICT COURT

    07 C 6561